# CASE ANNOUNCEMENTS

*March 11, 2011*

[Cite as *03/11/2011 Case Announcements*, 2011-Ohio-1104.]

## MOTION AND PROCEDURAL RULINGS

**2010–1203. Cleveland Hts. v. Lewis.**
Cuyahoga App. No. 92917, 187 Ohio App.3d 786, 2010-Ohio-2208. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the motion of amici curiae Cuyahoga County Public Defender and Ohio Association of Criminal Defense Lawyers to participate in oral argument scheduled for Wednesday, March 23, 2011, on behalf of appellee, it is ordered by the court that the motion is granted, and amici curiae shall share the time allotted to appellee.

## DISCIPLINARY CASES

**2008–0824. Cleveland Metro. Bar Assn. v. Veneziano.**
On February 3, 2011, respondent, Anne Veneziano, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated December 30, 2008, in which the court suspended respondent for a period of one year with the entire suspension stayed and placed respondent on monitored probation for a period of two years.

On consideration thereof, it is ordered by this court that the probation of respondent, Anne Veneziano, Attorney Registration No. 0064382, last known business address in Pepper Pike, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

# CASE ANNOUNCEMENTS

*March 14, 2011*

[Cite as *03/14/2011 Case Announcements*, 2011-Ohio-1139.]

## MOTION AND PROCEDURAL RULINGS

**2011–0231. State ex rel. Crooks v. Corbin.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo involving termination of parental rights/adoption.

Upon consideration of respondent's motion to file under seal exhibit 1 attached to the motion to dismiss, it is ordered by the court that the motion is granted.